cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF <br><br> SECURITIES AND EXCHANGE COMMISSION, <br><br> Petitioner, <br> v. <br><br> MICHAEL NICITA and EDWARD LEONARD, <br><br> Respondents. | Civil No.07CV0772 WQH (AJB) <br><br> Order Following Telephonic Hearing |

A telephonic hearing was held on July 10, 2007 at 9:00 a.m. before Judge Battaglia to discuss resolution of Respondents' claims of privilege set forth in the privilege log produced to the Petitioner on June 22, 2007. The parties informed the Court that a number of entries on Respondents privilege log

remain at issue between the parties.[1] As such, the Court sets the following briefing schedule for the parties:

Petitioner shall file a brief on or before *July 30, 2007*, which shall: 1) set forth Petitioner's arguments regarding the applicability of the Joint Defense Agreement ("JDA"); 2) set forth Petitioner's arguments regarding Respondents allegations that the SEC's possession and use of privileged documents has irreparably tainted the SEC's investigation; 3) provide declarations from all relevant SEC personnel detailing what documents from the database of documents produced by Advanced Marketing Services, Inc. ("AMS") have been used to date in the SEC's investigation to date; and 4) submit for *in camera* review, a copy of all documents used to date in the SEC's investigation to which Respondents' have made a claim of privilege.

Respondents shall file a reply brief on or before *August 13, 2007*, which shall: 1) respond to Petitioner's arguments regarding the applicability of the Joint Defense Agreement ("JDA"); and 2) respond to Petitioner's arguments regarding Respondents allegations that the SEC's possession and use of privileged documents has irreparably tainted the SEC's investigation.

Additionally, Respondents shall on or before July 30, 2007, submit for *in camera* review the copy of the JDA which Respondents contend was agreed to and in effect during the relevant period.

A hearing on this matter is hereby set for *August 17, 2007 at 9:30 a.m.* before Judge Battaglia in Courtroom A.

IT IS SO ORDERED.

DATED: July 11, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

---

[1] Petitioner stated during the hearing that the majority of entries in the privilege log correspond to documents that postdate the Federal Bureau of Investigation (FBI) search warrant, which was executed on July 23, 2003, and are therefore not necessary or relevant to Petitioner's case. While not waiving their objections to Respondents' claims of privilege to these documents, Petitioner stated that the parties may be able to reach agreement with regard these documents, thereby significantly reducing the number of documents at issue between the parties.
  Additionally, Petitioner agreed to provide Respondents with an electronic copy of all documents in the Advanced Marketing Services, Inc. ("AMS") database.