1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6              **SOUTHERN DISTRICT OF CALIFORNIA**
7

| | |
|---|---|
| 8  SECURITIES & EXCHANGE COMMISSION, | CASE NO. 07CV772 WQH (AJB) |
| 9                              Plaintiff, | ORDER DISMISSING ACTION AND CLOSING CASE |
| 10       vs. | |
| 11  MICHAEL NICITA and EDWARD LEONARD, | |
| 12                             Defendants. | |

13

14  HAYES, Judge:

15        On April 27, 2007, Plaintiff Securities & Exchange Commission filed an ex parte application

16  for an order compelling Defendants Michael Nicita and Edward Leonard to comply with an

17  administrative subpoena. (Doc. # 1).  On January 16, 2008, United States Magistrate Judge Anthony

18  J. Battaglia granted Plaintiff's motion to compel compliance with the administrative subpoena. (Doc.

19  # 33).

20        On May 14, 2008, this Court issued an Order to Show as to why this case should not be closed.

21  In the Order to Show Cause the Court noted that "[i]f the parties do not show cause on or before

22  Friday, May 30, 2008, the Court will close this case."  (Doc. # 34).  To date, no party has responded

23  to this Court's May 14, 2008, Order to Show Cause.  Accordingly, this case is hereby dismissed in its

24  entirety.  The Clerk of the Court is Ordered to close this case.

25        **IT IS SO ORDERED**.

26  DATED:  June 17, 2008

27                                        *William Q. Hayes*

28                                  **WILLIAM Q. HAYES**
                                    United States District Judge